UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE RANCH OPPORTUNITIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> RACHELLE MORGAN-LEWIS, <br><br> Defendant. | Case No. 14-cv-00476-JST <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION** <br><br> Re: ECF No. 6 |

In this removed action for unlawful detainer, Magistrate Judge Grewal issued a report and recommendation prior to the reassignment of the action to this Court.  ECF No. 6.  Judge Grewal found that the court lacks subject matter jurisdiction.  First, federal-question jurisdiction does not exist because Granite Ranch brings a single unlawful detainer claim, which is predicated on state law.  Second, diversity of citizenship is absent because both parties are citizens of California.[1]

The period for filing objections to this report and recommendation has ended, and no party has filed objections.  Because the report and recommendation is thorough and well-reasoned, the Court adopts it in every respect.  Accordingly, this action is REMANDED to Monterey County Superior Court.  The Clerk shall mail a copy of this order to the clerk of the Superior Court and terminate this action.

**IT IS SO ORDERED.**

Dated:  April 2, 2014

_____
JON S. TIGAR
United States District Judge

---

[1] Removal was based on diversity of citizenship.  ECF No. 1.  Though Judge Grewal's report and recommendation does not address this issue, Morgan Lewis' California citizenship is a sufficient ground for remanding the action.  See 28 U.S.C. § 1441 (providing that a citizen of the state in which the action is brought cannot remove the action on the basis of diversity jurisdiction).

United States District Court
Northern District of California